SAMUEL BURGES, Respondent, *v.* HENRY H. JACKSON et al., Composing the Firm of PETER A. H. JACKSON'S SONS, Appellants.

*Burges* v. *Jackson,* 18 App. Div. 296, affirmed.
(Argued March 14, 1900; decided April 3, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the second judicial department, entered, respectively, June 21 and June 15, 1897, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Edward W. S. Johnston* for appellants.

*Charles A. Webber* for respondent.

Judgment and order affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ. Not sitting: CULLEN, J.

---

FREDERICK RANSCHT, Respondent, *v.* SARAH ANN WRIGHT, Appellant.

*Rauscht* v. *Wright,* 9 App. Div. 108, affirmed.
(Argued March 14, 1900; decided April 3, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 17, 1896, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*William A. Woodworth* and *Isaac N. Mills* for appellant.

*Wilson Brown, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ. Not sitting: CULLEN, J.